IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CARLOS RUIZ,**

    **Plaintiff,**

v.                                    Case No.: 3:12cv240/MCR/EMT

**CORRECTIONAL OFFICER
OSTEEN, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 18, 2013 (doc. 153).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections (doc. 158).  Having considered the Report and Recommendation, and the timely filed objections, the court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation (doc. 153) is adopted and incorporated by reference in this order.

    2.    Plaintiff's Motion for Preliminary Injunction and Restraining Order (doc. 146) is **DENIED without prejudice as moot**.

    **DONE AND ORDERED** this 9th day of May, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**