IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS RUIZ,
    Plaintiff,

v.                              Case No.: 3:12cv240/MCR/EMT

CORRECTIONAL OFFICER OSTEEN, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2013 (doc. 162).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has made a de novo determination of any timely filed objections.[1]

Having considered the Report and Recommendation, the record, and the objections, the court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion for Preliminary Injunction (doc. 161) is **DENIED without prejudice as moot**.

**DONE AND ORDERED** this 21st day of May, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The plaintiff filed objections (doc. 169) and a supplement to objections (doc. 170), which the court has considered.