# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CARLOS RUIZ, Inmate #086219,

     Plaintiff,

v.                            Case No.: 3:12cv240/MCR/EMT

CORRECTIONAL OFFICER OSTEEN,
et al.,

     Defendants.

_____/

# O R D E R

Pending before the Court is the magistrate judge's Report and Recommendation dated October 4, 2013.  (Doc. 196).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of any timely filed objections (*see* docs. 197, 199).  Having fully considered the matter, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This action is **DISMISSED WITHOUT PREJUDICE** as malicious and abusive of the judicial process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3.     All pending motions are **DENIED as moot**.

4.     All deficient documents shall be returned to Plaintiff without filing.

5.     The clerk is directed to close this file.

**DONE AND ORDERED** this 7th day of November, 2013.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**